**Hand-Delivered**

FILED
CHARLOTTE, NC

OCT 3 0 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Charlotte Division

| | | |
|---|---|---|
| Dr. Jarin M. Wray | ) | Case No. 3:25-cv-874-FDW |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | ) | |
| Apple Inc.; Tesla Inc.; Amazon.com, Inc.; & Meta Platforms, Inc. | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Jarin M. Wray |
| Street Address | 4401 Barclay Downs Dr. Unit 613 |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | NC 28209 |
| Telephone Number | 704.303.2140 |
| E-mail Address | jarin.m.wray@gmail.com |

    **B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Apple Inc. (0806592) |
| Job or Title *(if known)* | CEO - Tim Cook, and Katherine Adams and Kevan Parekh |
| Street Address | 1 Apple Park Way |
| City and County | Cupertino, Santa Clara County |
| State and Zip Code | CA 95014 |
| Telephone Number | 408.966.1010 |
| E-mail Address *(if known)* | tcook@apple.com; kadams@apple.com; lawenforcement@apple |

Defendant No. 2

| | |
|---|---|
| Name | Tesla Inc. (0805587591) |
| Job or Title *(if known)* | CEO - Elon Musk, and Robyn Denholm and Vaibhav Taneja |
| Street Address | 1 Tesla Rd |
| City and County | Austin, Travis County |
| State and Zip Code | TX 78725 |
| Telephone Number | 512.516.8177 |
| E-mail Address *(if known)* | e-musk@tesla.com; ir@tesla.com; china-press@tesla.com |

Defendant No. 3

| | |
|---|---|
| Name | Amazon.com, Inc. (601720490) |
| Job or Title *(if known)* | CEO - Andy Jassy, and David Zapolsky, and Jeff Bezos |
| Street Address | 440 Terry Ave North |
| City and County | Seattle, King County |
| State and Zip Code | WA 98109 |
| Telephone Number | 206.266.4064 |
| E-mail Address *(if known)* | AJassy@amazon.com; David.Zapolsky@amazon.com; jeff@amazo |

Defendant No. 4

| | |
|---|---|
| Name | Meta Platforms, Inc. (2711108) |
| Job or Title *(if known)* | CEO - Mark Zuckerberg and Jennifer Newstead and Susan Li |
| Street Address | 1 Meta Way |
| City and County | Menlo Park, San Mateo County |
| State and Zip Code | CA 94025 |
| Telephone Number | 650.543.4800 |
| E-mail Address *(if known)* | zuckerberg@fb.com; jnewstead@fb.com; sli@meta.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1014 - False Statements
18 U.S. Code § 1344 - Bank Fraud
18 U.S. Code § 1031 - Major Fraud Against the United States
18 U.S. Code § 1956 - Laundering of Monetary Instruments
China Owned / Shell Companies

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Dr. Jarin M. Wray, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Apple Inc. , is incorporated under the laws of the State of *(name)* California (0806592) , and has its principal place of business in the State of *(name)* California (0806592) .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50M; The companies successfully executed business fraud schemes in China's interest against the U.S. The American judiciary system failed to detect the fraud in real time, allowing prior federal and state cases to settle or be dismissed, and the schemes to grow across more industries. Root cause is the business entity analysis was not complete for previous cases to verify funds are American, not China linked. We now have the solution: opencorporates.com.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The companies were engaged in fraud schemes with China. In connection with 3:25CV-00656 and MQMF, WB, LPC, ZOM, and UMG, Live & Roc Nation lawsuit, business entity analysis expanded to The President, as unexpected harassment continued as 3:25CV-00656 was nearing the 9.5.2025 response deadline. Analysis included the inner circle of Tesla, Apple, Amazon, and Meta, major U.S. companies around the White House. Musk now owns X, which was Twitter, which was owned by Jack Dorsey, who bought Tidal from Jay Z for $297M.

Drafting a separate lawsuit to include Tidal, Twitter (X), Block, and LinkedIn. Additional docs attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediate payment of $50M.
Transfer entities, bank accounts, and stock asset ownership for all live and physical locations (U.S. and International). Weekly status report.
Dissolve all shell entities. Weekly status report until complete.

No further criminal actions against the U.S. - work hard, stay disciplined, and help the U.S.

*No criminal prosecution, this settlement/case is to never be criminally charged or prosecuted, if such actions occur, immediately reject the case, dismiss the case, or grant a Presidential pardon without objection - U.S. systems failed across the board over decades. This is a "onetime" educational fix, work with the U.S. to make positive change in America for those you've impacted, prove you can make a positive impact, be better in real life to real people, future criminal actions can be linked back to this settlement/case.* Dr. Jarin M. Wray, DBA

4 of 25+ China linked companies.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/28/2025

Signature of Plaintiff: *Dr. Jarin M. Wray* (signed)
Printed Name of Plaintiff: Dr. Jarin M. Wray

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address