**Hand-Delivered**



FILED
CLERK's NC

OCT 3 0 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

### UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### WESTERN DISTRICT OF NORTH CAROLINA

### PRO SE REQUEST REGARDING ELECTRONIC NOTICE

☑ **INITIAL REQUEST:** (Check this box after reading the information below to begin receiving notices of electronic filing).

I understand that I waive my right to receive service of documents by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E). I understand that I will be sent notices of electronic filing via e-mail only and will no longer receive paper documents by mail. The e-mail address I am providing below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my contact information, such as name, address, and/or e-mail address. I understand that electronic notification does <u>not</u> allow me to file documents electronically and does not mean that I can serve documents by e-mail. I must continue to file all documents regarding my case in paper with the Court and serve the opposing party. I understand that I must file this form in each case in which I wish to receive electronic service.

☐ **UPDATE TO INFORMATION:** (Check this box to make changes to your email address) I have a new email address as indicated below.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivation of electronic noticing).

I am requesting deactivation of electronic notification to the email address listed below. I understand that by deactivating my account, I will begin receiving all filings via U.S. mail instead of email. I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

I have read and understand the applicable section marked above and agree to the terms and conditions as noted. The U.S. District Court for the Western District of North Carolina bears no liability for errors resulting from the information I have provided on this form.

Signature: _Jarin Wray_  Date: _10/30/2025_

Printed Name: _Dr. Jarin M. Wray_  Case No: _____

Home Address: _4401 Barclay Downs Drive. Unit 613, Charlotte, NC 28209_

Email Address: _jarin.m.wray@gmail.com_

**\*\*Return this form via mail or in-person to the appropriate divisional office listed below:**

Charlotte: 401 West Trade Street, Room 1200, Charlotte, NC 28202
Asheville: 100 Otis Street, Room 309, Asheville, NC 28801
Statesville: 200 West Broad Street, Room 304, Statesville, NC 28677