IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 3:25-CV-874-FDW-SCR

| | |
|---|---|
| JARIN M. WRAY,<br><br>                                        **Plaintiff,**<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>                                        **Defendants.** | **MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR, ALTERNATIVELY, FOR FAILURE TO STATE A CLAIM** |

      **NOW COMES** Defendant Apple Inc. ("Apple"), by and through the undersigned counsel, and moves the Court, pursuant to Rules 7(b), 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, LCvR 7.1, and the Standing Order Governing Civil Case Management Before the Honorable Judge Frank Whitney, for an Order dismissing Plaintiff's Complaint with prejudice for lack of subject matter jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted, and in support hereof incorporates by reference Defendant Apple's contemporaneously filed *Memorandum of Law in Support of Defendant Apple Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction or, Alternatively, for Failure to State a Claim*.

      **WHEREFORE**, based on the foregoing, Defendant Apple respectfully requests the Court grant its Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction or, Alternatively, for Failure to State a Claim, and dismiss Plaintiff's Complaint [D.E. 1] with prejudice.

      **This the 24th day of November, 2025.**

                                                            **/s/ *Luke P. Sbarra***
                                                            **LUKE P. SBARRA**
                                                            **NC State Bar No. 29429**
                                                            **Hedrick Gardner Kincheloe & Garofalo, LLP**

1

**4201 Congress Street, Suite 300
Charlotte, NC 28209
Phone: 704-319-5443
Fax: 704-602-8067
lsbarra@hedrickgardner.com**

**/s/ *Danielle K. Kaminski*
DANIELLE K. KAMINSKI
NC State Bar No. 63679
Hedrick Gardner Kincheloe & Garofalo, LLP
4201 Congress Street, Suite 300
Charlotte, NC 28209
Phone: 704-319-5443
Fax: 704-602-8067
dkaminski@hedrickgardner.com**
***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of November, 2025, I electronically filed the foregoing *Motion to Dismiss* using the Court's NextGen CM/ECF system, which caused service on all counsel of record. I further certify that I served Plaintiff via First Class, United States Mail and E-Mail as follows:

Jarin M. Wray
4401 Barclay Downs Dr.
Unit 613
Charlotte, NC 28209
Jarin.m.wray@gmail.com
*Pro se Plaintiff*

**This the 24th day of November, 2025.**

/s/ *Luke P. Sbarra*
**LUKE P. SBARRA**
**NC State Bar No. 29429**