IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-874-FDW-SCR

| | |
|---|---|
| **JARIN M. WRAY,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**APPLE INC., ET AL.,**<br><br>          **Defendants.** | **NOTICE OF APPEARANCE OF<br>DANIELLE K. KAMINSKI** |

The undersigned counsel, Danielle K. Kaminski, of the law firm of Hedrick Gardner Kincheloe & Garofalo, LLP, hereby provides notice to the Court, all parties and counsel that she will appear as counsel in this action on behalf of Defendant Apple Inc. As such, all pleadings, notices, calendars, and other documents should be directed to the attention of the undersigned.

**This the 24th day of November, 2025.**

                         /s/ *Danielle K. Kaminski*
                         **DANIELLE K. KAMINSKI**
                         **NC State Bar No. 63679**
                         **Hedrick Gardner Kincheloe & Garofalo, LLP**
                         **4201 Congress Street, Suite 300**
                         **Charlotte, NC 28209**
                         **Phone: 704-319-5443**
                         **Fax: 704-602-8067**
                         dkaminski@hedrickgardner.com
                         *Attorneys for Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2025, I electronically filed the foregoing *Notice of Appearance* using the Court's NextGen CM/ECF system, which caused service on all counsel of record. I further certify that I served Plaintiff via First Class, United States Mail and E-Mail as follows:

Jarin M. Wray
4401 Barclay Downs Dr.
Unit 613
Charlotte, NC 28209
Jarin.m.wray@gmail.com
*Pro se Plaintiff*

**This the 24th day of November, 2025.**

/s/ *Danielle K. Kaminski*
**DANIELLE K. KAMINSKI**
**NC State Bar No. 63679**