IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-874-FDW-SCR

| | |
|---|---|
| JARIN M. WRAY,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>          Defendants. | **NOTICE** |

Pursuant to Local Rule 7.1(e), Defendant Apple Inc. ("Apple") hereby files this notice that it does not intend to file a reply to Plaintiff's Response to Defendant Apple's Motion to Dismiss. [D.E. 10]. Apple rests on its Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction or, Alternatively, for Failure to State a Claim and Memorandum in Support. [D.E. 4, 5].

**Respectfully submitted, this the 5th day of December, 2025.**

                       **/s/ *Luke P. Sbarra***
                       **LUKE P. SBARRA**
                       **NC State Bar No. 29429**
                       **Hedrick Gardner Kincheloe & Garofalo, LLP**
                       **4201 Congress Street, Suite 300**
                       **Charlotte, NC 28209**
                       **Phone: 704-319-5443**
                       **Fax: 704-602-8067**
                       **lsbarra@hedrickgardner.com**

                       **/s/ *Danielle K. Kaminski***
                       **DANIELLE K. KAMINSKI**
                       **NC State Bar No. 63679**
                       **Hedrick Gardner Kincheloe & Garofalo, LLP**
                       **4201 Congress Street, Suite 300**
                       **Charlotte, NC 28209**
                       **Phone: 704-319-5443**
                       **Fax: 704-602-8067**
                       **dkaminski@hedrickgardner.com**
                       *Attorneys for Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2025, I electronically filed the foregoing *Notice* using the Court's NextGen CM/ECF system, which caused service on all counsel of record.

I further certify that I served Plaintiff via First Class, United States Mail and E-Mail as follows:

Jarin M. Wray
4401 Barclay Downs Dr.
Unit 613
Charlotte, NC 28209
Jarin.m.wray@gmail.com
*Pro se Plaintiff*

/s/ *Luke P. Sbarra*
**LUKE P. SBARRA**
**NC State Bar No. 29429**

/s/ *Danielle K. Kaminski*
**DANIELLE K. KAMINSKI**
**NC State Bar No. 63679**