# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### 3:25-CV-874-FDW-SCR

JARIN M. WRAY,

    Plaintiff,

v.

APPLE INC., ET AL.,

    Defendant.

## NOTICE OF APPEARANCE OF ATTORNEY JARED M. BURTNER

The law firm of K&L Gates LLP, by and through Jared M. Burtner, hereby enters a formal appearance as counsel of record for Defendant Amazon.com, Inc. in this action and requests that all pleadings and notices in the case be served upon counsel at the address listed below.

Dated: December 8, 2025

Respectfully submitted,

K&L GATES LLP

*/s/ Jared M. Burtner*
Jared M. Burtner
N.C. State Bar No. 51583
jared.burtner@klgates.com
430 Davis Drive, Suite 400
Research Triangle Park, NC 27560
Telephone: (919) 466-1190
Facsimile: (919) 723-2744

*Counsel for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the Court's CM/ECF system, which will effect service upon all counsel of record and upon Plaintiff pursuant to his Request to Receive Electronic Notification, Dkt. No. 2.

This the 8th day of December, 2025.

                                                */s/ Jared M. Burtner*
                                                Jared M. Burtner
                                                N.C. State Bar No.: 51583